IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL O. MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-1449-N-BH |
| | § | |
| AVIS BUDGET CAR RENTAL, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Defendant's Motion for Final Summary Judgment*, filed May 31, 2018 (doc. 14), is **GRANTED**. By separate judgment, the plaintiff's suit will be **DISMISSED with prejudice**.

SIGNED this 17th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE